STANLEY MOSIOR v. ATLANTIC AVIATION CORPORATION.

June 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GEBHARDT.

June 1, 1977. Petition for certification denied.

LAWRENCE LEITNER v. NEWARK INSURANCE COMPANY.

June 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG E. PRITCHETT.

June 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. PASQUALE J. CARDONE.

June 1, 1977. Petition for certification denied. (See 146 *N. J. Super.* 23)

IRVING REINGOLD v.
DIVISION OF ALCOHOLIC BEVERAGE CONTROL.

June 1, 1977. Petition for certification denied.